

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-80,780-02

### DAVID FORD, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 16701B IN THE 21ST DISTRICT COURT
### FROM WASHINGTON COUNTY

*Per curiam*.

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated robbery and sentenced to 20 years' imprisonment.

Applicant challenges his conviction, and he also challenges the entry of a nunc pro tunc judgment and the date of his parole release eligibility. His claim challenging the conviction does not meet the requirements for consideration under Article 11.07, Section 4, of the Code of Criminal Procedure and is dismissed. His claims concerning the entry of the nunc pro tunc judgment and the date of his parole eligibility appear to provide new factual bases meeting Section 4's requirement.

However, they are without merit and are denied.

Filed: October 23, 2019
Do not publish